# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# NEWNAN DIVISION

| | |
|---|---|
| TERRIS RICHARDSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO.: 3:15-cv-153-TCB ) |
| MY KIDZ DENTIST, PC and<br>MY PEDIATRIC DENTIST, LLC, | ) ) ) ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Terris Richardson and Defendants My Kidz Dentist, PC and My Pediatric Dentist, LLC, pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(ii), hereby stipulate that all of the claims, defenses, and counterclaims that were, or could have been, asserted by the parties in the above-captioned matter are voluntarily dismissed in their entirety, with prejudice, with each party to bear its or her own costs and fees.

[SIGNATURE PAGE FOLLOWS]

Respectfully submitted, this 21st day of July, 2017.

**TAYLOR ENGLISH DUMA LLP**

/s/ Ann R. Schildhammer
Ann R. Schildhammer
Georgia Bar No. 600290
aschildhammer@taylorenglish.com
Joseph C. Sullivan
Georgia Bar No. 153098
jsullivan@taylorenglish.com

1600 Parkwood Circle – Suite 400
Atlanta, Georgia 30339
Telephone:  (770) 434-6868
Facsimile:    (770) 434-7376

*Attorneys for Defendants*

**TERRIS RICHARDSON**

/s/ Terris Richardson
Terris Richardson
206 Maner Terrace
Atlanta, GA 30339
terristee64@gmail.com

*Pro Se Plaintiff*

## LOCAL RULE 7.1D CERTIFICATION

I hereby certify that the foregoing complies with the font and point requirements of LR 5.1, to wit, this brief was prepared in Times New Roman font, 14-point type.

                                        **TAYLOR ENGLISH DUMA LLP**

                                        /s/ Ann R. Schildhammer
                                        Ann R. Schildhammer
                                        Georgia Bar No. 600290
                                        *Attorney for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this date I electronically filed the foregoing *STIPULATION OF DISMISSAL WITH PREJUDICE* with the Clerk of Court using the CM/ECF system, and served Plaintiff with a copy of the foregoing by depositing same, via first class mail, postage prepaid, to Plaintiff at the following address:

> Terris Richardson
> 206 Maner Terrace
> Atlanta, GA 30339

This 21st day of July, 2017.

TAYLOR ENGLISH DUMA LLP

/s/ Ann R. Schildhammer
Ann R. Schildhammer
Georgia Bar No. 600290
*Attorney for Defendants*